UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY AMEN VALENTINE SHABAZZ ET AL., <br><br>                         Petitioners, <br><br>         -against- <br><br>PARAMOUNT GLOBAL, <br><br>                         Respondents. | 24-CV-9891 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      The Court received a submission from Petitioner on December 20, 2024, that is captioned for the Federal Communications Commission (FCC). (ECF 1.) The Court treated this document as a petition and opened a new civil action under this docket number.

      On December 31, 2024, the Court received a letter from Plaintiff, advising the Court that he wishes to withdraw the petition because it was intended to be filed only with the FCC, not the district court. (ECF 3.)

      Accordingly, the petition is voluntarily dismissed under Rule 41(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close this action.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 3, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge